UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BOLLINGER, <br><br> Petitioner, <br> v. <br> WILLIAM GITTERE, *et al.*, <br><br> Respondents. | Case No. 2:98-cv-01263-MMD-BNW <br><br> ORDER |

In this capital habeas corpus action, Respondents were due on June 1, 2021, to file their supplemental answer responding to Petitioner David Bollinger's Claim 7D. (ECF No. 298.) On June 1, 2021, Respondents filed a motion for extension of time (ECF No. 299), requesting a 45-day extension of time, to July 16, 2021, to file their supplemental answer. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary primarily because of her obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 299) is granted. Respondents will have until and including July 16, 2021, to file their supplemental answer, responding to Petitioner David Bollinger's Claim 7D. In all other respects, the schedule for further proceedings set forth in the order entered March 31, 2020 (ECF No. 292) will remain in effect.

DATED THIS 2nd Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE