UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BOLLINGER,<br><br>                    Petitioner,<br>     v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                    Respondents. | Case No. 2:98-cv-01263-MMD-BNW<br><br>ORDER |

In this capital habeas corpus action, Respondents were due on July 16, 2021, to file their supplemental answer responding to Petitioner David Bollinger's Claim 7D. (ECF Nos. 298, 300.) On July 16, 2021, Respondents filed a motion for extension of time (ECF No. 301), requesting a 14-day extension of time, to July 30, 2021, to file their supplemental answer. Respondents' counsel states that the extension of time is necessary because of other obligations at the Office of the Attorney General. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 301) is granted. Respondents will have until and including July 30, 2021, to file their supplemental answer, responding to Petitioner David Bollinger's Claim 7D. In all other respects, the schedule for further proceedings set forth in the order entered March 31, 2020 (ECF No. 292) will remain in effect.

DATED THIS 19th Day of July 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE