UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BOLLINGER, | Case No. 2:98-cv-01263-MMD-BNW |
| Petitioner, | |
| v. | ORDER |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, after three extensions of time, the Respondents were due on August 13, 2021, to file their supplemental answer responding to Petitioner David Bollinger's Claim 7D. (ECF Nos. 298, 300, 302, 304.) On August 13, 2021, Respondents filed a motion for extension of time (ECF No. 305) requesting a further 14-day extension of time, to August 27, 2021, to file their supplemental answer. Respondents' counsel states that the extension of time is necessary because of illness. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 305) is granted. Respondents will have until and including August 27, 2021, to file their supplemental answer, responding to Petitioner David Bollinger's Claim 7D. In all other respects, the schedule for further proceedings set forth in the order entered March 31, 2020 (ECF No. 292) will remain in effect.

DATED THIS 13th Day of August 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE