UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BOLLINGER,<br><br>               Petitioner,<br>   v.<br>WILLIAM GITTERE, *et al.*,<br><br>               Respondents. | Case No. 2:98-cv-01263-MMD-BNW<br><br>ORDER |

In this capital habeas corpus action, on August 31, 2021, the Respondents filed their supplemental answer responding to Petitioner David Bollinger's Claim 7D. (ECF No. 309.) Bollinger filed a reply to Respondents' answer on November 1, 2021 (ECF No. 310). Respondents were then due to file a response to the reply by December 16, 2021. (*See* ECF No. 292.)

On December 16, 2021, Respondents filed a motion for extension of time (ECF No. 312) requesting a 60-day extension of time, to February 14, 2022, to file their response to the reply. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases, her administrative duties at the office of the Attorney General, and time away from her office for personal reasons. This would be the first extension of this deadline. Bollinger does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 312) is granted. Respondents will have until and including February 14, 2022, to file their response to Bollinger's reply. In all other respects, the schedule for further proceedings set forth in the order entered March 31, 2020 (ECF No. 292) will remain in effect.

DATED THIS 17th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE