UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BOLLINGER,<br><br>                Petitioner,<br>    v.<br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No. 2:98-cv-01263-MMD-BNW<br><br>ORDER |

In this capital habeas corpus action, on August 31, 2021, Respondents filed their supplemental answer responding to Petitioner David Bollinger's Claim 7D. (ECF No. 309.) Bollinger filed a reply to Respondents' answer on November 1, 2021. (ECF No. 310.) Then, after a 45-day initial period, and a 60-day extension of time, Respondents were to file a response to the reply by February 14, 2022. (ECF Nos. 292, 313.)

On February 14, 2022, Respondents filed a motion for extension of time (ECF No. 314) requesting a further 30-day extension of time, to March 16, 2022, to file their response to the reply. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Bollinger does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///
///

1   It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 314) is granted. Respondents will have until and including March 16, 2022, to file their response to Petitioner's reply. In all other respects, the schedule for further proceedings set forth in the order entered March 31, 2020 (ECF No. 292) will remain in effect. DATED THIS 16th Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE