UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID BOLLINGER,<br><br>               Petitioner,<br>v.<br>WILLIAM GITTERE, *et al.*,<br>               Respondents. | Case No. 2:98-cv-01263-MMD-BNW<br><br>ORDER |

In this capital habeas corpus action, on August 31, 2021, Respondents filed their supplemental answer responding to Petitioner David Bollinger's Claim 7D. (ECF No. 309.) Petitioner filed a reply to Respondents' answer on November 1, 2021. (ECF No. 310.) Then, after a 45-day initial period, a 60-day extension of time, and a 30-day extension of time, Respondents were to file a response to the reply by March 16, 2022. (*See* ECF Nos. 292, 313, 315.)

On March 16, 2022, Respondents filed a third motion for extension of time (ECF No. 316) requesting a further 14-day extension of time, to March 30, 2022, to file their response to the reply. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///
///
///
///
///

It is therefore ordered that Respondents' motion for enlargement of time (third request) (ECF No. 316) is granted. Respondents will have until and including March 30, 2022, to file their response to Petitioner's reply. In all other respects, the schedule for further proceedings set forth in the order entered March 31, 2020 (ECF No. 292) will remain in effect.

DATED THIS 22nd Day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE