# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

DAVID BOLLINGER,

        Petitioner,

v.

WILLIAM GITTERE, *et al.*,

        Respondents.

Case No. 2:98-cv-01263-MMD-BNW

ORDER

In this capital habeas corpus action, on August 31, 2021, Respondents filed their supplemental answer responding to Petitioner David Bollinger's Claim 7D. (ECF No. 309.) Bollinger filed a reply to Respondents' answer on November 1, 2021. (ECF No. 310.) Then, after a 45-day initial period, a 60-day extension of time, a 30-day extension of time, and a 14-day extension of time, Respondents were to file a response to the reply by March 30, 2022. (*See* ECF Nos. 292, 313, 315, 317.)

On March 30, 2022, Respondents filed their fourth motion for extension of time (ECF No. 318) to file their response to the reply, requesting a further 14-day extension of time to April 13, 2022. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases and because of a personal matter. Bollinger does not oppose the motion for extension of time. Respondents' counsel states that this will be her last request for an extension of this deadline. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

///

///

///

It is therefore ordered that Respondents' motion for enlargement of time (fourth request) (ECF No. 318) is granted. Respondents will have until and including April 13, 2022, to file their response to Petitioner's reply. In all other respects, the schedule for further proceedings set forth in the order entered March 31, 2020 (ECF No. 292) will remain in effect.

DATED THIS 31st Day of March 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE