UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BOLLINGER, | Case No. 2:98-cv-01263-MMD-BNW |
| Petitioner, | |
| v. | ORDER |
| WILLIAM REUBART, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, Respondents have filed a supplemental answer responding to Petitioner David Bollinger's Claim 7D (ECF No. 309), Bollinger has filed a reply (ECF No. 310), and Respondents have filed a response to Bollinger's reply (ECF No. 320).

On May 23, 2022, the United States Supreme Court decided *Shinn v. Ramirez*, ---S.Ct.---, Case No. 20-1009, 2022 WL 1611786 (May 23, 2022). The Court determines that *Shinn* may affect the parties' positions. The Court will, therefore, order the parties to amend their supplemental answer, reply, and response to reply, to address any effects of *Shinn*.

The amended supplemental answer, reply and response to reply will be treated as superseding the supplemental answer, reply, and response to reply previously filed (ECF Nos. 309, 310 and 320). Therefore, the parties should draft their amended supplemental answer, reply and response to reply to be complete within themselves, without reference to the previously filed supplemental answer, reply, and response to reply.

It is therefore ordered that Respondents will have 60 days from the date of this order to file an amended supplemental answer, responding to Petitioner David Bollinger's Claim 7D. Petitioner will then have 60 days to file a reply to Respondents' amended

supplemental answer. Respondents will then have 30 days to file a response to Bollinger's reply to their amended supplemental answer.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden.

The Clerk of Court is directed to update the docket to reflect this substitution.

DATED THIS 24th Day of May 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE