UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DAVID BOLLINGER,

                        Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

                   Respondents.

Case No. 2:98-cv-01263-MMD-BNW

ORDER

       In this capital habeas corpus action, on July 25, 2022, Respondents filed an amended supplemental answer (ECF No. 323), responding to Petitioner David Bollinger's Claim 7D, as directed in the order of May 24, 2022 (ECF No. 322). Bollinger was due to file a reply to the amended supplemental answer by September 23, 2022. (*Id.*) (60 days for reply).

       On September 23, 2022, Bollinger filed a motion for extension of time (ECF No. 324) requesting a 28-day extension of time, to October 21, 2022, to file his reply to the amended supplemental answer. Bollinger's counsel states that the extension of time is necessary because of her obligations in other cases. (*Id.* at 3.) Bollinger's counsel also states that Respondents' counsel does not oppose the motion for extension of time. (*Id.* at 4.) The Court finds that Bollinger's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

       It is therefore ordered that Bollinger's motion for extension of time (ECF No. 324) is granted. Petitioner will have until and including October 21, 2022, to file his reply to Respondents' amended supplemental answer.

DATED THIS 23rd Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

2