UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAVID BOLLINGER, <br><br> Petitioner, <br> v. <br> WILLIAM REUBART, *et al.*, <br><br> Respondents. | Case No. 2:98-cv-01263-MMD-BNW <br><br> ORDER |

In this capital habeas corpus action, on July 25, 2022, Respondents filed an amended supplemental answer (ECF No. 323), responding to Petitioner David Bollinger's Claim 7D, as directed in the order of May 24, 2022 (ECF No. 322). Bollinger filed a reply to the amended supplemental answer on October 21, 2022. (ECF No. 327.) Respondents then had 30 days—that is, until Monday, November 21, 2022—to file a response to Bollinger's reply. (ECF No. 322.)

On November 15, 2022, Respondents filed a motion for extension of time (ECF No. 328 ("Motion")), requesting a 45-day extension of time, to January 5, 2023, to file their response to Bollinger's reply. Respondents' counsel states that the extension of time is necessary because he only recently took over responsibility for this case and because of his obligations in other cases. Respondents' counsel represents that Bollinger, who is represented by appointed counsel, does not oppose the Motion. Respondents' counsel also states that he will prioritize this case with the intent of completing the response to Bollinger's reply by the new deadline he requests, which is January 5, 2023.

The Court finds that Respondents' Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 328) is granted. Respondents will have until and including January 5, 2023, to file their response to Petitioner's reply to their amended supplemental answer.

DATED THIS 16th Day of November 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE